```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
DAVID NGUYEN,                     :
                                  :
               Plaintiff,         :
                                  :           **21 Civ. 4079(VM)**
         -against-                :           **ORDER**
                                  :
FNY HOLDINGS, LLC, et al.,        :
                                  :
               Defendants.        :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On August 11, 2021, defendants FNY Holdings, LLC, et al., ("FNY") filed a letter requesting a pre-motion conference and leave to file a motion to dismiss the complaint. (See Dkt. No. 16.) This request followed an exchange of letters between the parties as required by the Court's individual rules. (See Dkt. Nos. 16-1; 16-2.) After reviewing the parties' submissions, the Court is not persuaded that a conference is necessary at this time.

Instead, the parties are hereby directed to submit letter-briefing, including any documentation as necessary, regarding FNY's arguments raised in its August 11 submission with respect to subject matter jurisdiction. Plaintiff's opposition shall be due September 3, 2021. FNY's reply shall be due September 10, 2021. Each letter-brief shall be limited to three pages, single-spaced.

**SO ORDERED:**

Dated:   New York, New York
         18 August 2021

_____
Victor Marrero
U.S.D.J.