USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
DAVID NGUYEN,                          :
                                       :
                    Plaintiff,         :
                                       :        ORDER
   - against -                         :
                                       :
FNY HOLDINGS, LLC, et al.,             :        21 Civ. 4079 (VM)
                                       :
                    Defendants.        :
---------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

The parties are directed to submit a joint letter no later than October 11, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website. The Court will assess the need for an Initial Case Management Conference after reviewing the submission.

Dated:    September 20, 2021
          New York, New York

_____
Victor Marrero
U.S.D.J.