```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/15/2022___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------X
DAVID NGUYEN,                        :
                                     :
                    Plaintiff,       :
                                     :        **ORDER**
       - against -                   :
                                     :
FNY HOLDINGS, LLC, et al.,           :        21 Civ. 4079 (VM)
                                     :
                    Defendants.      :
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**


       In light of the parties' pending cross-motions for judgment on
the pleadings (see Dkt. No. 31), the Case Management Conference
scheduled for Friday, February 18 at 3:30 p.m. is adjourned sine die.


Dated:      February 15, 2022
            New York, New York

                                     _____
                                              Victor Marrero
                                                 U.S.D.J.